## SPEER *v.* SEE YUP COMPANY.

PEOPLE *v.* Hall, (4 Cal. 339,) excluding Chinese witnesses in suits to which white persons are parties, affirmed.

APPEAL from the Fourth District.

Suit on notes of Defendant.
No brief on file for Appellant.

*Stanley & Hayes,* for Respondent.

TERRY, C. J. delivered the opinion of the Court—FIELD, J. concurring.

The only error assigned in this cause is the exclusion of a Chinese witness offered by plaintiff.

Section 394, of the Civil Practice Act, provides "that no Indian or Negro shall be allowed to testify as a witness in any action in which a white person is a party;" and in the People *v.* Hall, (4 Cal. 339,) it was held that the term "Indian," as used in the statute, included the Chinese or Mongolian race; and upon the authority of that decision, the judgment is affirmed.